UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO: WA:16-CR-00108(1)-RP & WA:16-CR-00123(1)-RP |
| (1) Johnny Floyd Crocker | § | |

### ORDER

Before the Court is Defendant's Motion for Early Termination of Probation. By way of the motion, Defendant asks for early termination of his three (3) year term of supervised release.

"A district may grant an early termination of a remaining term of supervised release after one year of supervised release has elapsed and after the Court considers certain factors in 18 U.S.C. § 3553(a), if the defendant's conduct and the interests of justice so warrant.: *United States v Lowe*, 632 F.3d 996, 998 (7th Cir. 2011). Early termination is discretionary and is warranted only in cases where the defendant shows changed circumstances, such as exceptionally good behavior. *United States v Jeanes*, 150 F.3d 483, 484 (5th Cir. 1998).

Defendant here requests early release based on his good conduct in prison and his compliance with terms of his supervised release. The Court finds the Defendant has complied with the terms of his supervised release and especially in completing all required special conditions as they relate to programming.

Accordingly, the Court hereby **GRANTS** Defendant's Motion for Early Termination of Supervised Release.

**ORDERED** this 7th day of November, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE